# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| ROBERT D. PLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:17-CV-582-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 19]. Plaintiff's motion for judgment on the pleadings [D.E. 12] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 15] is DENIED, and the action is REMANDED to the Commissioner pursuant to 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 26, 2019, and Copies To:**
| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |

DATE:  
February 26, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk